IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR318 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 77). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for leave to dismiss is granted; the indictment is dismissed without prejudice, as it relates to the defendant Carlos Ramirez.

2) Defendant Carlos Ramirez shall be released from custody forthwith as to any charges contained in this indictment.

DATED this 5th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court